UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>D-1   ROBERT BIBBS,<br><br>    Defendant. | Case: 2:24-cr-20283<br>Assigned To : Berg, Terrence G.<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 5/28/2024<br>Description: INDI USA V BIBBS (MRS)<br><br>VIOLATIONS:<br>    18 U.S.C. § 201(b)(1)<br>    18 U.S.C. § 1791(a)(2) |

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
18 U.S.C. § 201(b)(1)
*Offering Bribes to a Public Official*

From in or about April of 2023, through in or about November of 2023, in the Eastern District of Michigan, Southern Division, the defendant, ROBERT BIBBS, did, directly and indirectly, corruptly give, offer, and promise a thing of value to a public official, with intent to induce a public official to do and omit to do an act in violation of his/her lawful duty, that is ROBERT BIBBS offered money to a public official in exchange for his/her assistance with providing contraband to BIBBS in prison.

1

All in violation of Title 18, United States Code, Section 201(b)(1).

**COUNT TWO**
18 U.S.C. § 1791(a)(2)
*Possessing Contraband in Prison*

From in or about April of 2023, through on or about November 17, 2023, in the Eastern District of Michigan, Southern Division, the defendant, ROBERT BIBBS, an inmate of Federal Correctional Institution Milan, a federal correctional facility and an institution in which persons are held in custody by direction of the Attorney General, possessed prohibited objects, as defined in 18 U.S.C. § 1791(d)(1)(G).

All in violation of Title 18, United States Code, Section 1791(a)(2) and (b)(5).

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/ John K. Neal*
JOHN K. NEAL
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Unit

*s/ Eaton P. Brown*
EATON P. BROWN
Assistant United States Attorney

Dated: May 28, 2024

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information** | **Companion Case Number:**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:**

☒ Yes    ☐ No | AUSA's Initials: EPB

**Case Title:** USA v. Robert Bibbs

**County where offense occurred:** Washtenaw

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number: ____]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 28, 2024
Date

Eaton P. Brown
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9184
E-Mail address: eaton.brown@usdoj.gov
Attorney Bar #: P66003

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.